

# COURT OF CRIMINAL APPEALS
## MANDATE RECEIPT ACKNOWLEDGEMENT

Monday, January 12, 2015
Case Number WR-82,030-01
HOLMES, PHILLIP
COA No.    Tr. Ct. No. 1424734-A
Harris County, 180th District Court

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, _____,

hereby acknowledge receipt of the mandate of the Court of Criminal

Appeals on _____ in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

**ATTN: ABEL ACOSTA**

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2015 JAN 20 PM 12: 10
BY_____DPC
MAIL PROCESSING DEPUTY

Abel Acosta, Clerk

JAN - 6 2015

COURT OF CRIMINAL APPEALS
RECEIVED IN